IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **KASSEY BERNARD REEDY,** | ) |
| Petitioner, | ) |
| vs. | ) CIVIL ACTION NO. 23-108-KD-MU |
| **REOSHA BUTLER,** | ) |
| Respondent. | ) |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be **DISMISSED WITH PREJUDICE**.

**DONE** this **20th** day of **January 2026.**

/s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE